IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIE SAM BIVINS, | ) |
| Plaintiff, | ) |
| v. | ) CV 318-086 |
| ANTONIO CARSWELL, Warden; LAKISHA FRANKLIN, Deputy Warden; DEPUTY WARDEN GIVEN; OFFICER JOHN DOE, Unit Manager/Deputy Warden; OFFICER NORRIS; MRS. BRAG, GDC Chief Counsel; MR. WILKERSON, Library Supervisor; and MRS. FRAZIER, GDC ADA Coordinator, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. nos. 9, 14, 15).[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* and motion to appoint counsel, (doc. nos. 2, 4), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which

---

[1] Plaintiff's objections were also docketed as a "Motion to Correct" the Magistrate Judge's R&R. (Doc. no. 13.) Because the Court has considered Plaintiff's filing as objections to the R&R, Plaintiff's "motion" is **MOOT**. (Id.)

would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 14th day of February, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE